# In the United States Court of Federal Claims

Consolidated Case Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633
Filed: November 20, 2017

```
*************************************
CONTINENTAL SERVICE                  *
GROUP, INC., PIONEER CREDIT          *
RECOVERY, INC., ACCOUNT              *
CONTROL TECHNOLOGY, INC.             *
PROGRESSIVE FINANCIAL                *
SERVICES, INC., VAN RU CREDIT        *
CORPORATION, COLLECTION              *
TECHNOLOGY, INC. ALLTRAN             *
EDUCATION, INC.,                     *
       Plaintiffs,                   *
                                     *
and                                  *
                                     *
COLLECTION TECHNOLOGY, INC.,         *
PROGRESSIVE FINANCIAL SERVICES,      *
INC., ALLTRAN EDUCATION, INC.,       *
PERFORMANT RECOVERY, INC.,           *
VAN RU CREDIT CORPORATION, and       *
ALLIED INTERSTATE LLC,               *
       Intervenor-Plaintiffs,        *
v.                                   *
                                     *
THE UNITED STATES,                   *
       Defendant,                    *
                                     *
and                                  *
                                     *
CBE GROUP, INC., PREMIERE            *
CREDIT OF NORTH AMERICA, LLC,        *
GC SERVICES LIMITED PARTNERSHIP,     *
VALUE RECOVERY HOLDINGS, LLC,        *
WINDHAM PROFESSIONALS, INC.,         *
AUTOMATED COLLECTION                 *
SERVICES, INC., FMS INVESTMENT       *
CORP., TEXAS GUARANTEED              *
STUDENT LOAN CORP., ALLTRAN          *
EDUCATION, INC.                      *
       Intervenor-Defendants.        *
                                     *
*************************************
```

## TRANSFER ORDER

For the efficient administration of justice, the Clerk of Court is directed to transfer the above-captioned cases to the Honorable Thomas C. Wheeler, pursuant to Rule of the United States Court of Federal Claims 40.1(b).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**
