# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 4, 2017)

```
**************************************  *
                                        *
CONTINENTAL SERVICE GROUP, INC.,        *
et al.,                                 *
                                        *
                    Plaintiffs,         *
                                        *
and                                     *
                                        *
COLLECTION TECHNOLOGY, INC., et al.,    *
                                        *
                    Plaintiff-Intervenors,  *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant,          *
                                        *
and                                     *
                                        *
CBE GROUP, INC., et al.,                *
                                        *
                    Defendant-Intervenors. *
                                        *
                                        *
**************************************  *
```

## ORDER

On November 29, 2017, the Court ordered any named parties in the above-captioned consolidated bid protest to file any objections to unsealing the status conference scheduled for Tuesday, December 12, 2017, at 10:00 AM EST in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C. by December 1, 2017, at 5:00 PM EST. Dkt. No. 207. As none of the named parties have filed objections, this status conference will be

unsealed and open to the public.  Should any confidential information arise during the conference, those present who are not admitted under the Court's protective order in this case will be asked to leave the courtroom while such matters are discussed.

     IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
