# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 5, 2017)

```
*************************************  *
                                      *
CONTINENTAL SERVICE GROUP, INC.,      *
et al.,                               *
                                      *
                      Plaintiffs,     *
                                      *
and                                   *
                                      *
COLLECTION TECHNOLOGY, INC., et al.,  *
                                      *
              Plaintiff-Intervenors,  *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                      Defendant,      *
                                      *
and                                   *
                                      *
CBE GROUP, INC., et al.,              *
                                      *
              Defendant-Intervenors.  *
                                      *
                                      *
*************************************  *
```

<u>ORDER</u>

The Court has received a number of inquiries over whether parties may dial-in to the status conference scheduled in the above-captioned consolidated bid protest for Tuesday, December 12, 2017, at 10:00 AM EST in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.  The Court has decided that dial-ins will not be permitted.  Any interested party who is unable to attend in person may obtain a transcript

of the proceeding, which will be unsealed and available to the public.  Further, if any lead attorneys for the named parties are unable to attend, the Court encourages them to send representatives on their behalf but will not penalize them for their absence.

      IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge