# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 12, 2017)

```
*****************************************  *
                                            *
CONTINENTAL SERVICE GROUP, INC.,            *
et al.,                                     *
                                            *
                          Plaintiffs,       *
                                            *
and                                         *
                                            *
COLLECTION TECHNOLOGY, INC., et al.,        *
                                            *
                    Plaintiff-Intervenors,  *
                                            *
v.                                          *
                                            *
THE UNITED STATES,                          *
                                            *
                          Defendant,        *
                                            *
and                                         *
                                            *
CBE GROUP, INC., et al.,                    *
                                            *
                  Defendant-Intervenors.    *
                                            *
*****************************************  *
```

## ORDER

On December 8, 2017, consolidated Plaintiff Progressive Financial Services, Inc. filed an emergency motion for a TRO enjoining the U.S. Department of Education from recalling any "in-payment" accounts currently assigned to Progressive. Dkt. No. 210. After hearing arguments on this motion from the parties at the status conference held on December 12, 2017, the Court is persuaded that Progressive's position presents a Contract

Disputes Act claim, not a bid protest claim. Accordingly, Progressive's emergency motion for a TRO is DENIED.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge