# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 12, 2017)

```
*****************************  *
                               *
CONTINENTAL SERVICE GROUP, INC., *
et al.,                        *
                               *
              Plaintiffs,      *
                               *
and                            *
                               *
COLLECTION TECHNOLOGY, INC., et al., *
                               *
        Plaintiff-Intervenors, *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
              Defendant,       *
                               *
and                            *
                               *
CBE GROUP, INC., et al.,       *
                               *
       Defendant-Intervenors.  *
                               *
*****************************  *
```

## ORDER

On December 12, 2017, the Court held a status conference in the above-captioned consolidated bid protest. One of the topics discussed was the U.S. Department of Education's ("ED") undertaking of Corrective Action in these cases. On May 19, 2017, the Government notified the Court that ED intended to take Corrective Action with a projected completion date of August 24, 2017. Dkt. No. 122. ED failed to meet this

deadline.  By order of the Court, the Government has filed periodic status reports keeping the Court appraised of ED's progress.  See Dkt. Nos. 183, 184, 192, 195, 197.  In these reports and in recent representations to the Court, the Government notes that ED is in its final stages of Corrective Action and that the Source Selection Authority ("SSA") is in the process of determining which offerors will and will not receive final awards.  The Court is displeased with the pace of ED's Corrective Action.  As such, the SSA is ordered to make its final award decisions and complete the Corrective Action by Thursday, January 11, 2018.  Further, the stay of proceedings in this case is LIFTED.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge