# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 15, 2017)

```
*****************************   *
                                *
CONTINENTAL SERVICE GROUP, INC., *
et al.,                         *
                                *
                    Plaintiffs, *
                                *
and                             *
                                *
COLLECTION TECHNOLOGY, INC., et al., *
                                *
            Plaintiff-Intervenors, *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
                    Defendant,  *
                                *
and                             *
                                *
CBE GROUP, INC., et al.,        *
                                *
          Defendant-Intervenors.*
                                *
                                *
*****************************   *
```

### ORDER EXPEDITING BRIEFING ON PLAINTIFF'S MOTION TO AMEND ORDER

On December 14, 2017, Plaintiff Continental Service Group, Inc. ("ConServe") filed a motion to amend this Court's December 12, 2017 Order (Dkt. No. 215) to impose a total cap of 140,000 transfers per month on the Department of Education's transfer activity. See Dkt. No. 219. Due to the need for swift resolution of the matter, the Court orders

expedited briefing on ConServe's motion. Accordingly, the briefing schedule on Plaintiff's motion is as follows:

1. Defendant, Defendant-Intervenors, and any other interested named party shall file their responses to Plaintiff's motion on or before December 20, 2017.

2. Plaintiff shall file its reply to any responses on or before December 22, 2017.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge