# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Washington, D.C.

## BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC.; and PIONEER CREDIT RECOVERY, INC., | |
| Plaintiffs, | |
| and | CFC Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C 17-633C |
| COLLECTION TECHNOLOGY, INC., PROGRESSIVE FINANCIAL SERVICES, INC., and ALLTRAN EDUCATION, INC. | |
| Intervenor-Plaintiffs, | Judge Thomas C. Wheeler |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant, | |
| and | |
| THE CBE GROUP, INC.; PREMIERE CREDIT OF NORTH AMERICA, LLC; GC SERVICES LIMITED PARTNERSHIP; FINANCIAL MANAGEMENT SYSTEMS, INC.; VALUE RECOVERY HOLDINGS, LLC; WINDHAM PROFESSIONALS, INC.; and AUTOMATED COLLECTION SERVICES, INC., | |
| Intervenor-Defendants. | |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Please withdraw the appearance of Zachary D. Prince, Of Counsel for Defendant-Intervenor Pioneer Credit Recovery, Inc. ("Pioneer"). Mr. Prince has departed from the law firm of Smith Pachter McWhorter PLC effective November 27, 2017, at which point his representation of Pioneer ended. Jonathan D. Shaffer (Counsel of Record) and Mary Pat

2

Buckenmeyer (Of Counsel) will continue to represent Pioneer in this matter.

                                                          Respectfully submitted,

Date: December 18, 2017          By: /s/ Jonathan D. Shaffer
                                              Jonathan D. Shaffer (jshaffer@smithpachter.com)
                                              SMITH PACHTER MCWHORTER PLC
                                              8000 Towers Crescent Drive, Suite 900
                                              Tysons Corner, Virginia 22182
                                              Tel: (703) 847-6300
                                              Fax: (703) 847-6312
                                              *Counsel of Record for*
                                              *Pioneer Credit Recovery, Inc.*

*Of Counsel*
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, VA 22182
Tel: (703) 847-6300
Fax: (703) 847-6312

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December 2017, Pioneer Credit Recovery, Inc.'s Notice of Withdrawal of Counsel was electronically filed.  I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /s/ Jonathan D. Shaffer
                                            Jonathan D. Shaffer