# In the United States Court of Federal Claims

Nos. 17-449C, 17-499C, 17-493C, 17-517C, 17-578C, 17-558C, 17-633C
(consolidated)

(Filed: December 28, 2017)

```
*************************************  *
                                       *
CONTINENTAL SERVICE GROUP, INC.,       *
et al.,                                *
                                       *
                       Plaintiffs,     *
                                       *
and                                    *
                                       *
COLLECTION TECHNOLOGY, INC., et al.,   *
                                       *
                Plaintiff-Intervenors, *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                       Defendant,      *
                                       *
and                                    *
                                       *
CBE GROUP, INC., et al.,               *
                                       *
              Defendant-Intervenors.   *
                                       *
*************************************  *
```

## ORDER

On December 14, 2017, Plaintiff Continental Service Group, Inc. ("ConServe") filed a motion to amend this Court's December 12, 2017 Order (Dkt. No. 215) to impose a total cap of 140,000 transfers per month on the Department of Education's ("ED") transfer activity. See Dkt. No. 219. The Government and other interested parties filed their responses on December 20, 2017, and ConServe filed its reply on December 22, 2017.

After considering the parties' briefs, the Court does not deem imposing a cap on transfer activity necessary at this time. Thus, ConServe's motion is DENIED. However, should ED fail to complete its corrective action by January 11, 2018, the Court will reconsider its decision on whether a cap on ED's transfer activity is necessary.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge