IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., and PIONEER CREDIT RECOVERY, INC., <br><br>  Plaintiffs, <br><br> and <br><br> COLLECTION TECHNOLOGY, INC., PERFORMANT RECOVERY, INC., ALLTRAN EDUCATION, INC., and PROGRESSIVE FINANCIAL SERVICES, INC., <br><br>  Plaintiff-Intervenors, <br><br> v. <br><br> THE UNITED STATES, <br><br>  Defendant, <br><br> and <br><br> CBE GROUP, INC., FINANCIAL MANANGEMENT SYSTEMS, INC., GC SERVICES LIMITED PARTNERSHIP, PREMIERE CREDIT of NORTH AMERICA, LLC, VALUE RECOVERY HOLDINGS, LLC, and WINDHAM PROFESSIONALS, INC., <br><br>  Defendant-Intervenors. | Nos. 17-449C; 17-499C; 17-493C; 17-517C <br>    17-578C; 17-558C; 17-633C <br> Consolidated <br> Judge Wheeler |

DEFENDANT'S NOTICE OF COMPLETION OF CORRECTIVE ACTION

Defendant, the United States, respectfully provides notice to the Court regarding the status of the Department of Education's corrective action in these protests.

On January 11, 2018, the Department of Education completed its corrective action. The Department evaluated revised proposals, prepared and documented a new source selection decision, and awarded contracts to Performant Recovery, Inc. and Windham Professionals, Inc., the two offerors whose proposals were determined to be the most advantageous to the Government. Also on January 11, 2018, the Department of Education issued notices of termination for the convenience of the Government of seven contracts issued on December 9, 2016 (The CBE Group, Inc., Financial Management Systems Investment Corporation, GC Services Limited Partnership, Premiere Credit of North America, LLC, Value Recovery Holdings, LLC, Windham Professionals, Inc., and Transworld Systems, Inc.). Finally, the Department of Education is proceeding to send out the appropriate notifications to the unsuccessful offerors.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

|  |  |
|---|---|
|  | s/ Lauren S. Moore |
| OF COUNSEL: | LAUREN S. MOORE |
|  | U.S. Department of Justice |
| JOSE OTERO | Commercial Litigation Branch, Civil Division |
| General Attorney | P.O. Box 480 |
| Office of the General Counsel | Ben Franklin Station |
| U.S. Department of Education | Washington, D.C. 20044 |
|  | Tel: (202) 616-0333 |
| SARA FALK | Fax: (202) 514-8640 |
| General Attorney | E-mail: lauren.moore@usdoj.gov |
| Office of the General Counsel |  |
| U.S. Department of Education | Attorneys for Defendant |

January 11, 2018