**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| CONTINENTAL SERVICE GROUP, INC., and PIONEER CREDIT RECOVERY, INC., <br><br>    Plaintiffs, <br><br>and <br><br> COLLECTION TECHNOLOGY, INC., PERFORMANT RECOVERY, INC., ALLTRAN EDUCATION, INC., and PROGRESSIVE FINANCIAL SERVICES, INC., ACCOUNT CONTROL TECHNOLOGY, INC., and VAN RU CREDIT CORPORATION <br><br>    Plaintiff- Intervenors, <br><br>v. <br><br>THE UNITED STATES <br><br>    Defendant, <br><br>and <br><br>CBE GROUP, INC., <br>FINANCIAL MANAGEMENT SYSTEMS, INC., <br>GC SERVICES LIMITED PARTNERSHIP, <br>PREMIERE CREDIT OF NORTH AMERICA, LLC, <br>VALUE RECOVERY HOLDINGS, LLC <br>and <br>WNDHAM PROFESSIONALS, INC., <br><br>    Defendant-Intervenors. | Nos.   17-449C; 17-499C; 17-517C <br>           17-578C; 17-558C; 17-633C <br>Consolidated <br>Judge Wheeler |

**PLAINTIFF VAN RU CREDIT CORPORATION'S**
**VOLUNTARY DISMISSAL OF ITS COMPLAINT WITHOUT PREJUDICE**

Van Ru Credit Corporation ("Van Ru") Plaintiff filed a Complaint on May 12, 2017, which was initially docketed as Case No. 17-633C. That matter was subsequently consolidated with the above referenced matters. Pursuant to Rule 41(a)(1)(B) of the Rules of the United States Court of Federal Claims, Van Ru hereby voluntarily dismisses its May 12, 2017 Complaint without prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: February 13, 2018 | /s/Seamus Curley<br>Seamus Curley<br>**STROOCK & STROOCK & LAVAN LLP**<br>1875 K Street NW<br>Washington, DC  20006<br>Telephone: (202) 739-2889<br>Facsimile: (202) 739-2895<br>scurley@stroock.com<br>*Counsel of Record for Van Ru Credit Corporation* |

### **CERTIFICATE OF SERVICE**

I certify that this Notice will be filed via the Court's electronic case filing system, which I understand will serve each party to this matter electronically.

|  |  |
|---|---|
| Date: February 13, 2018 | /s/Seamus Curley<br>Seamus Curley<br>**STROOCK & STROOCK & LAVAN LLP**<br>1875 K Street NW<br>Washington, DC  20006<br>Telephone: (202) 739-2889<br>Facsimile: (202) 739-2895<br>scurley@stroock.com<br>*Counsel of Record for Van Ru Credit Corporation* |