# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

17-2155, 17-2156, 17-2157, 17-2158, 17-2159, 17-2160, 17-2210, 17-2212, 17-2214, 17-2215, 17-2216, 17-2221, 17-2342

**CONTINENTAL SERVICE GROUP, INC.,**

*Plaintiff-Appellee*

**PIONEER CREDIT RECOVERY, INC.,**

*Plaintiff-Appellant*

**COLLECTION TECHNOLOGY, INC.,**

*Intervenor-Plaintiff*

**PROGRESSIVE FINANCIAL SERVICES, INC.,**

*Intervenor-Plaintiff-Appellee*

**ALLTRAN EDUCATION, INC.,**

*Intervenor-Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellant*

**CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FMS INVESTMENT CORP., VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC., AUTOMATED COLLECTION SERVICES, INC.,**

*Intervenor-Defendants*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ACCOUNT CONTROL TECHNOLOGY, INC.,**

*Plaintiff*

v.

**UNITED STATES,**

*Defendant-Appellant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FMS INVESTMENT CORP., VALUE RECOVERY HOLDINGS, LLC, CBE GROUP, INC.,AUTOMATED COLLECTION SERVICES, INC., WINDHAM PROFESSIONALS, INC., TEXAS GUARANTEED STUDENT LOAN CORP.,**

*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**

*Intervenor-Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ALLTRAN EDUCATION, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FMS INVESTMENT CORP., CBE GROUP, INC., VALUE RECOVERY HOLDINGS, LLC, WINDHAM PROFESSIONALS, INC.,**

*Intervenor-Defendants*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PROGRESSIVE FINANCIAL SERVICES, INC.,**

*Plaintiff-Appellee*

**PERFORMANT RECOVERY, INC., COLLECTION TECHNOLOGY, INC., VAN RU CREDIT CORPORATION, ALLIED INTERSTATE LLC,**

*Intervenor-Plaintiffs*

v.

**UNITED STATES,**

*Defendant-Appellant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP,**

*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**

*Intervenor-Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COLLECTION TECHNOLOGY, INC.,**

*Plaintiff*

**PROGRESSIVE FINANCIAL SERVICES, INC.,**

*Intervenor-Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

**CBE GROUP, INC., PREMIERE CREDIT OF NORTH AMERICA, LLC,**
*Intervenor-Defendants*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VAN RU CREDIT CORPORATION,**
*Plaintiff*

**PROGRESSIVE FINANCIAL SERVICES, INC.,**
*Intervenor-Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

**PREMIERE CREDIT OF NORTH AMERICA, LLC,**
*Intervenor-Defendant*

**ALLTRAN EDUCATION, INC.,**
*Intervenor-Defendant-Appellant*

Appeals from the United States Court of Federal Claims in case nos. 1:17-cv-00449-SGB, 1:17-cv-00499-SGB, 1:17-cv-00493-SGB, 1:17-cv-00517-SGB, 1:17-cv-00558-SGB, 1:17-cv-00578-SGB, 1:17-cv-00633-SGB
Chief Judge Susan G. Braden

## **MANDATE**

In accordance with the judgment of this Court, entered January 12, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court